# UNITED STATES DISTRICT COURT

SOUTHERN     DISTRICT OF     CALIFORNIA

**APPEARANCE**

Case Number: 08mj1568

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

VINCENT CARRASCO-OLIVARES

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 5/27/2008 | /s/ ERICK L. GUZMAN |
| Date | Signature |
| | Erick L. Guzman/Federal Defenders of SD    244391 |
| | Print Name                                Bar Number |
| | 225 Broadway, Suite 900 |
| | Address |
| | San Diego, CA  92101 |
| | City        State        Zip Code |
| | (619) 234-8467     (619) 687-2666 |
| | Phone Number                          Fax Number |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Case No. 08MJ1568 |
| | ) | |
| v. | ) | |
| | ) | CERTIFICATE OF SERVICE |
| VINCENT CARRASCO-OLIVARES, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

      Counsel for Defendant certifies that the foregoing pleading, is true and accurate to the best of his information and belief, and that a copy of the foregoing Defendant's Notice of Appearance has been electronically served this day upon:

      United States Attorney's Office
      880 Front Street
      San Diego, CA  92101


Dated:  May 27, 2008                                /s/  Erick  L.  Guzman
                                                                   ERICK L. GUZMAN
                                                                   Federal Defenders
                                                                   225 Broadway, Suite 900
                                                                   San Diego, CA 92101-5030
                                                                   (619) 234-8467  (tel)
                                                                   (619) 687-2666  (fax)
                                                                   E-mail: erick_guzman@fd.org